IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11MJ3042 |
| | ) | |
| v. | ) | |
| | ) | |
| RUDOLPH DELEON, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The parties' motion to continue, (filing no. 16), is granted.

2) The defendant's preliminary hearing is continued to October 6, 2011 at 2:00 p.m.

3) The defendant, his counsel, and counsel for the government shall be present at the hearing.

DATED this 26th day of September, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge