IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11MJ3042 |
| | ) | |
| v. | ) | |
| | ) | |
| RUDOLPH DELEON, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1)      The defendant's motion to continue, (filing no. 18), is granted.

2)      The preliminary hearing, previously scheduled for October 6, 2011, is continued and will be held on October 27, 2011 at 1:30 p.m.

DATED this 5th day of October, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge